the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ANASTASIA SZMANSKI, Respondent, against JAY REISS, Doing Business as TWIN CITY CONTRACTING Co., INC., and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to resettle order denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ANASTASIA SZMANSKI, Respondent, against JAY REISS, Doing Business as TWIN CITY CONTRACTING Co., INC., and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the general contractor, Herman J. Goette, and the Indemnity Insurance Company of North America against the Zurich General Accident and Liability Insurance Company, Ltd., and Jay Reiss, doing business as Twin City Contracting Co., Inc. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MARY LEWANDOWSKI, Respondent, against ONONDAGA GOLF AND COUNTRY CLUB and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of AGNES PREWENDOWSKI, Respondent, against AMERICAN RADIATOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of DAVIS E. BREINIG, Respondent, against DEVOE & REYNOLDS Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ABRAHAM H. WEINBERG, Respondent, against IDEAL CHAIR Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of STEVE SEDORECK, Respondent, against H. C. SCHROEDER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MIKE J. PYROS, Respondent, against PETRAS & PETRAS and Another, Appellants, and COMMERCIAL CASUALTY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of HENRY FITZPATRICK, Respondent, against JNO. WILLIAMS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of